Dismiss: Opinion filed October 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00760-CV

## SCOTT RIDGE, ET AL., Appellants

## V.

## JON JESSEN, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-04870-D**

## MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Richter

Before the Court is appellants' motion to dismiss the appeal. Appellants inform the Court that the parties' have settled their differences. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

MARTIN RICHTER
JUSTICE

120760F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SCOTT RIDGE AND RIDGE INSURANCE, INC., Appellants

No. 05-12-00760-CV  V.

JON JESSEN, JULI JESSEN, GOWAN COMPANY LLC, YORICK INC., BRANDON EBEL, CORRIE EBEL, MADISON PARK MUSIC, INC., CASTULO DELGADO, PATRICIA DELGADO, CD INVESTIGATIONS, INC., YUCHAN HAN, M.D., CHATTANOOGA NEUROLOGY AND HEADACHE CENTER, INC., LARRY SCHMITT, AARON C. WESCOTT, MICHAEL K. RUSSELL, AND RECREATIONAL MANAGEMENT, INC., Appellees

Appeal from the 95th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-08-04870-D).
Opinion delivered by Justice Richter, Justices Bridges and Lang, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered October 26, 2012.

MARTIN RICHTER
JUSTICE